| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
  Laura Egerman, Esq. (LE-8250)

In Re:

**Roseanne T Puleo,**

**Debtor.**

Case No.: 18-29938-MBK

Chapter: 7

Hearing Date: November 19, 2018

Judge: Michael B. Kaplan

## CERTIFICATION REGARDING CALCULATION OF AMOUNT DUE
### (NOTE AND MORTGAGE DATED MAY 24, 2006)

___Mary Gracia___ of full age, employed as ___Assistant Secretary___ by <u>Nationstar Mortgage LLC d/b/a Mr. Cooper,</u> hereby certifies the following:

Recorded on <u>June 23, 2006,</u> in <u>Burlington</u> County, in Book <u>MB10972</u> at Page <u>444</u>

Property Address: <u>423 Holmes Dr, Burlington, New Jersey 08016-2855</u>

Mortgage Holder: <u>Nationstar Mortgage LLC d/b/a Mr. Cooper</u>

### 1. PAYOFF STATEMENT

| | |
|---|---|
| Unpaid Principal Balance: | $ 193,852.74 |
| Accrued interest from _____ to _____ : | $ 4,253.22 |
| (Interest rate = 3.625 % per year; $ _____ per day x _____ days) | |
| Unearned interest from _____ to _____ : | $ 0.00 |
| Per diem interest from _____ to _____ : | $ 0.00 |
| Late Charges from _____ to _____ ($ _____ /mo. x _____ mos.): | $ 0.00 |
| Attorney's fees and costs as of _____ : | $ 0.00 |

Advances through <u>October 5, 2018</u> for:

    Real Estate Taxes:                                  $10,699.32

|  |  |
|---|---|
| Insurance premiums: | $ Incl. in R.E. Taxes |
| Other: | $ 4,602.11 |
| *Sub-Total of Advances*: | **$ 15,301.43** |
| Less Escrow Monies: | ($0.00) |
| *Net Advances:* | **$ 15,301.43** |
| Interest on advances from _____ to _____ : | $ 0.00 |
| Other charges (specify _____ ): | $ 0.00 |
| Less total suspense balance: | ($177.66) |
| **TOTAL DUE AS OF October 9, 2018:** | **$ 213,229.73** |

Date of last payment[1] : May 21, 2018

### II. EQUITY ANALYSIS (When appropriate)

| | |
|---|---|
| Estimated fair market value of real estate as of October 16, 2018: | $ 172,167.89* |

*Source: State of New Jersey Department of the Treasury Division of Taxation (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)

Liens on the real estate:

| | |
|---|---|
| 1. Real estate taxes as of October 5, 2018: | $10,699.32 |
| (Insurance Premiums included above) | |
| 2. First Mortgage (principal and interest), as of October 5, 2018: | $198,105.96 |
| 3. Second Position Judgment lien (principal and interest), as of October 5, 2018: | $ 753.00 |
| 4. Other (specify below: Corporate Advances $4,602.11; Suspense Balance ($177.66): | $ 4,424.45 |
| **TOTAL LIENS:** | ($213,982.73) |
| **APPARENT EQUITY AS OF October 9, 2018:** | $ 0.00** |

** If negative, insert zero (0).

I certify under penalty of perjury that the above is true.

Date: 10/22/18

Signature: *Mary Gracia*

Mary Gracia
Assistant Secretary of
Nationstar Mortgage LLC
d/b/a Mr. Cooper
Affiant

*rev.8/1/15*

---

[1] Based on my review of the Servicing Records, the Debtor's account is due for the April 1, 2018 payment.